# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
First Baptist Housing Development Corporation II
 *( debtor has no known aliases )*
504 West 2nd Street
Lumberton, NC 28358

TaxID: 56–1915808

CASE NO.: 18–05720–5–DMW

DATE FILED: November 28, 2018

CHAPTER: 11

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Thursday, May 9, 2019
TIME: 09:30 AM
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Objection to Claim Number 1 of Skyline Restoration, Inc. filed by William H. Kroll on behalf of First Baptist Housing Development Corporation II

and to transact all other business as may properly come before the court.

DATED: March 14, 2019

                                                               Stephanie J. Butler
                                                                Clerk of Court